# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 19-07338 |
| WALTER POSNER, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | Room 680 |
| | ) | Hearing Date: September 29, 2020 |
| | ) | Hearing Time: 1:30 p.m. |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on September 25, 2020, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the attached **REPORT OF BALLOTING**, a copy of which is attached hereto.

**WALTER POSNER**, Debtor


By**:**     /s/ Ariel Weissberg     
            One of his attorneys


Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514
ariel@weissberglaw.com

## CERTIFICATE OF SERVICE

      I, Ariel Weissberg, certify that on September 25, 2020, I caused to be filed **REPORT OF BALLOTING.** Notice of this filing was sent to all parties registered to receive notice in this case by electronic transmission through the court's CM/ECF system, including the following:

Patrick S. Layng, Esq.
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027
USTPRegion11.ES.ECF@usdoj.gov

Todd J. Ruchman, Esq.
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
Email: tjruchman@manleydeas.com
*(on behalf of JPMorgan Chase, N.A.)*

William J. Factor, Esq.
Deborah K. Ebner, Esq.
Elizabeth G. Peterson, Esq.
The Law Office of William J. Factor
105 W. Madison Street, Suite 1500
Chicago, IL  60602
Email: wfactor@wfactorlaw.com
Email: dkebner@deborahebnerlaw.com
Email: epeterson@wfactorlaw.com
*(on behalf of Elisa Posner)*

Pinju Chiu, Esq,
Heavner, Beyers & Mihlar, LLC
111 East Main Street
Decatur, IL 62523
Email: bkdept@hsbattys.com
*(on behalf of PNC Bank, National Association)*

Howard H. Rosenfeld, Esq.
Rosenfeld Hafron Shapiro & Farmer
221 N. LaSalle Street, Suite 1763
Chicago, IL 60601
Email: hrosenfeld@rhsflawfirm.com
*(on behalf of Rosenfeld/Farmer)*

Kristen R Serna, Esq.
221 N. LaSalle Street, Suite 1126
Chicago, IL 60601
Email: kserna@rhsflawfirm.com
on behalf of Creditor Kristen R Serna

      /s/ Ariel Weissberg
      Ariel Weissberg